FILED ENTERED
LOGGED RECEIVED

JUL 1 0 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Crim. No. 1:26-mj-1753-CDA |
| ADRIAN MARTIN, | * | |
| | * | |
| Defendant. | * | |

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the Affiant – Deputy U.S. Marshal Garrett Russell having been first duly sworn, declare and state as follows:

1. I make this affidavit in support of a Criminal Complaint and Arrest Warrant against **ADRIAN MARTIN**.

## INTRODUCTION

2. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS) for the District of Maryland. As such, I am an "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure, that is, a government agent… engaged in enforcing the criminal laws [who] is within any category of officers authorized by the Attorney General to request a search warrant.

3. I have been employed with USMS since January 2020, at which time I completed 12 weeks of the Criminal Investigator Training Program and 8 weeks of Basic Deputy United States Marshal Academy in Glynco, Georgia. Upon completion of my training, I was assigned to work as a Deputy U.S. Marshal for the District of Maryland - Baltimore.

4. As a DUSM, I am charged with enforcing all laws in all jurisdictions of the United States, its territories, and possessions. I have been a member of the USMS for four years and have

investigated numerous fugitive cases related to violent crimes. I have arrested subjects wanted for murder, assault with intent to kill, robbery, and numerous drug-related offenses.

5. I am familiar with the facts and circumstances of this investigation through my personal participation, from discussions with other law enforcement officers, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided to me by another member of the law enforcement officer or witness I believe had reliable knowledge of that statement. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, have not included details of every aspect of the investigation. I have not, however, omitted information known to me that would defeat a determination of probable cause.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **ADRIAN MARTIN** has committed the crime of Escape, in violation of 18 U.S.C. § 751(a).

**PROBABLE CAUSE**

7. On or about June 13, 2025, MARTIN appeared before the Honorable Judge Toro in the Superior Court for the District of Columbia and pled guilty to the charges of Attempted Sex Abuse, Bail Reform Act and Attempted Robbery (Case No: 2024 CF2 12595, Case No: 2024 CMD 11679 and Case No: 2025 CF3 011681). MARTIN was sentenced consecutively on all cases, to a period of incarceration in the Federal Bureau of Prisons at FCC Petersburg with supervision to follow.

8. In January 2026, the BOP transferred MARTIN to the Residential Re-Entry Center (RRC) located at Volunteers of America (VOA), 5000 East Monument St, Baltimore, MD to serve the remainder of his federal sentence. Some days after his arrival, MARTIN was advised he was

eligible for Home Confinement with GPS monitoring.

9. On March 17, 2026, at approximately 2:30 PM, MARTIN arrived at RRC Baltimore after being removed from Home Confinement with GPS monitoring. At approximately 2:35 PM, MARTIN was informed by staff that he would be required to remain at the facility for the remainder of his sentence. MARTIN stated to RRC staff "No, I'm not staying." At approximately 2:49 PM, MARTIN proceeded past the RRC control desk and exited the front doors of the facility. RRC staff gave MARTIN verbal commands instructing him not to exit the building which he ignored, and proceeded to leave without authorization. RRC staff later received a "tamper" alarm with the GPS device placed on MARTIN, indicating it had been removed

10. On March 17, 2026, BOP issued an escape notice for MARTIN classifying him as an escaped federal prisoner.

**CONCLUSION**

I respectfully request that the Court issue a criminal complaint and arrest warrant.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

Garrett Russell
Deputy U.S. Marshal Garrett Russell
United States Marshals Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this 10th day of July, 2026.

Honorable Charles D. Austin
United States Magistrate Judge